# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE GREEN,** | : | CIVIL ACTION NO. 1:09-CV-0154 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **DET. SNEATH, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 8th day of December, 2009, upon consideration of plaintiff's motion to intervene (Doc. 21), it is hereby ORDERED that the motion is DEEMED WITHDRAWN for failure to file a brief in support of the motion. See L.R. 7.5

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge