# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE GREEN, | : | CIVIL ACTION NO. 1:09-CV-0154 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| DET. SNEATH, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 26th day of January, 2010, upon consideration of various motions (Docs. 26, 28, 32, 36) pending in this matter, it is hereby ORDERED that:

1. Plaintiff's motion for reconsideration (Doc. 26) of this court's order (Doc. 25) deeming his motion to intervene withdrawn for failure to file a supporting brief, in which plaintiff seeks additional time to file a brief in support of the motion to intervene is DENIED as moot based on the filing of a new motion to intervene and supporting brief (Docs. 28, 29).

2. Plaintiff's motion to intervene (Doc. 28), wherein plaintiff requests that his ongoing state tort action pending in the Court of Common Pleas of Huntingdon County, Pennsylvania, since 2006, be transferred to this court and consolidated with this action is DENIED.

3. Plaintiff's motion to amend (Doc. 32) his complaint to add two new defendants is GRANTED. The Clerk of Court is directed to edit docket entry 32 to read "Amendment to Complaint" and to add the names of "Deputy Corbin" and "Chaplain Korhorchik" to the docket as named defendants. **The complaint in this matter shall be comprised of the original complaint (Doc. 1) and the amendment (Doc. 32).**

4. The United States Marshal is directed to SERVE plaintiff's complaint (Doc. 1) and the amendment (Doc. 32) on the defendants Deputy Corbin and Chaplain Korhorchik.

5. Defendants' motion for an extension of time (Doc. 36) to file a brief in support of their summary judgment motion is GRANTED. The brief filed on January 19, 2010, is DEEMED timely filed.

                                                           S/ Christopher C. Conner
                                           CHRISTOPHER C. CONNER
                                           United States District Judge