# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE GREEN,** | : | CIVIL ACTION NO. 1:09-CV-0154 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **DET. SNEATH, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 22nd day of September, 2010, upon consideration of the motions for summary judgment pursuant to Federal Rule of Civil Procedure 56 filed by plaintiff (Doc. 30) and defendants (Docs. 27, 46), and it appearing that the motions are fatally flawed in that the parties failed to comply with Local Rule 56.1, which requires that a motion for summary judgment "shall be accompanied by a separate, short and concise statement of the material facts to which the moving party contends there is no genuine issue to be tried," and that the "[s]tatements of material facts in support of, or in opposition to, a motion *shall* include references to parts of the record that support the statements,"[1] see L.R. 56.1, it is hereby ORDERED that:

---

[1] The identical statements of material facts submitted by defendants (Docs. 27-3, 47), set forth facts concerning plaintiff's fall down the steps at the State Correctional Institution at Huntingdon and the investigation into the circumstances surrounding the fall. The briefs, however, argue claims unrelated to the fall including unauthorized deprivation of property, denial of access to the courts, conspiracy, due process, and retaliation. Plaintiff's statement fails to include references to parts of the record that support the statements. (Doc. 33.)

1. The motions for summary judgment (Docs. 27, 30, 46) are STRICKEN from the record for failure to comply with the dictates of Local Rule 56.1. The Clerk of Court is directed to TERMINATE the motions.

2. The parties are afforded until October 13, 2010, to file properly supported motions for summary judgment.

3. The statements of material facts shall include specific references to the parts of the record that support the statements and shall comply in all respects with Local Rule 56.1.

       S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge