# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE GREEN,** | : | **CIVIL ACTION NO. 1:09-CV-0154** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **DET. SNEATH, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 1st day of November, 2010, upon consideration of the plaintiff's motion to reopen discovery (Doc. 55), and defendants' motion for an enlargement of time (Doc. 54) to file their motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, and it appearing that motions for summary judgment pursuant to Federal Rule of Civil Procedure 56 were previously filed by plaintiff (Doc. 30) and defendants (Docs. 27, 46), and were stricken based on the parties' failure to comply with Local Rule 56.1(Doc. 53) and that the parties were afforded until October 13, 2010, to re-file properly supported motions for summary judgment, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 55) to reopen discovery is DENIED. However, plaintiff is afforded until November 15, 2010, to file a motion for summary judgment which complies in all respects with Local Rule 7.5 and Local Rule 56.1.

2. Defendants motion for an enlargement of time (Doc. 54) is GRANTED. Defendants are afforded until November 15, 2010, to file a motion for summary judgment which complies in all respects with Local Rule 7.5 and Local Rule 56.1.

3. Failure to timely file the motions for summary judgment will result in the matter proceeding to trial.

4. **There will be no further extensions of time granted.**

     S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge