# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE GREEN,** | : | CIVIL ACTION NO. 1:09-CV-0154 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **DET. SNEATH**, et al., | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 10th day of December, 2010, upon consideration of plaintiff's motion to strike (Doc. 66) defendants' motions for summary judgment (Docs. 62, 64), for failure to file briefs in support of the motions, it is hereby ORDERED that the motion is DENIED as moot based on this court's order of December 6, 2010 (Doc. 65) deeming the motions for summary judgment (Docs. 62, 64) WITHDRAWN and ordering that the matter will proceed to trial at the convenience of the court.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge