# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE GREEN**, | : | **CIVIL ACTION NO. 1:09-CV-0154** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **DET. SNEATH**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 1st day of March, 2011, upon consideration of plaintiff's motion to appoint counsel (Doc. 75) and it appearing that the issues presented involve neither complex legal or factual issues nor require the testimony of expert witnesses, that plaintiff is capable of properly and forcefully prosecuting his claims, that discovery in the matter has concluded, the matter has been scheduled for trial and plaintiff has filed appropriate pre-trial motions, that, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that Plaintiff's motion for appointment of counsel (Doc. 75) is DENIED.

                                                     S/ Christopher C. Conner
                                                     CHRISTOPHER C. CONNER
                                                     United States District Judge