# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE GREEN,** | : | **CIVIL ACTION NO. 1:09-CV-0154** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **DET. SNEATH**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 19th day of July, 2011, upon consideration of defendants' motion (Doc. 113), in which they seek reconsideration of this court's order of June 1, 2011 (Doc. 100), granting in part and denying in part plaintiff's "motion to grant [his] motion in limine and reconsideration of order denying motion in limine," on the basis that plaintiff failed to file a supporting brief in accordance with Local Rule 7.5, and it appearing that because the purpose of plaintiff's "motion" was to bring to the court's attention the fact that defendants had failed to comply with a court order of April 6, 2011 (Doc. 89), which deemed plaintiff's motion in limine unopposed and conditionally denied the motion and afforded defendants fifteen days to provide to plaintiff responses to certain document production requests, and was therefore construed as a notice to the court of defendants' failure to meet the condition upon which the denial of the motion was based, and was not a motion for

reconsideration, it is hereby ORDERED that the defendants' motion (Doc. 113) is DENIED.

                                             S/ Christopher C. Conner
                                           CHRISTOPHER C. CONNER
                                           United States District Judge