# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE GREEN,** | : | **CIVIL ACTION NO. 1:09-CV-0154** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **DET. SNEATH, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 11th day of October, 2011, upon consideration of plaintiff's motion to deem his amended brief in support of his motion for summary judgment as unopposed (Doc. 154), and it appearing that defendants filed a brief in response to the amended brief (Doc. 152), and that plaintiff filed a reply brief (Doc. 156), it is hereby ORDERED that the motion (Doc. 154) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge