**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TYRONE GREEN,** | : | **CIVIL ACTION NO. 1:09-CV-0154** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **DET. SNEATH, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 30th day of August, 2012, upon consideration of plaintiff's

motion for reconsideration (Doc. 169) of this court's Order of March 26, 2012 (Doc.

167), denying plaintiff's motion for summary judgment and granting defendants'

cross motion for summary judgment, and it appearing that plaintiff fails to

demonstrate one of three major grounds for reconsideration ((1) an intervening

change in controlling law; (2) the availability of new evidence [not available

previously]; [or], (3) the need to correct clear error [of law] or prevent manifest

injustice.'"")),  North River Ins. Co. v. Cigna Reinsurance Co., 52 F.3d 1194, 1218 (3d

Cir. 1995) (collecting cases); see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310,

314 (M.D. Pa.) ("A motion for reconsideration is not to be used to reargue matters

already argued and disposed of."), aff'd, 31 F.3d 1174 (3d Cir. 1994); see also

Database America, Inc. v. Bellsouth Adver. & Publ'g Corp., 825 F. Supp. 1216, 1220

(D.N.J. 1993) (citations omitted) ("A party seeking reconsideration must show more

than a disagreement with the Court's decision, and 'recapitulation of the cases and

arguments considered by the court before rendering its original decision fails to

carry the moving party's burden.'""), but, rather, reargues matters already argued and disposed of by the Court, it is hereby ORDERED that plaintiff's motion (Doc. 169) is DENIED.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge